AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Ball<br>DOB: XXXXXX<br><br>*Defendant(s)* | ) Case: 1:23-mj-00088<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 4/27/2023<br>) Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 111 (a) (1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapopn
18 U.S.C. § 844 (h)- Using fire or explosive to commit any felony
18 U.S.C. § 231 (a)(3) - Civil Disorder.
18 U.S.C. § 2- Aiding and Abetting
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds,
18 U.S.C. § 1752(a)(4)- Engaging in physical violence in a Restricted Building or Grounds,
18 U.S.C. § 1752(b)(1)(A)Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Acts of physical violence in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate or Picket in ant of the Capitol Grounds.
18 U.S.C. § 641- Stealing any thing of value of the United States

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Barry Michael Kays , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/27/2023

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*