AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Ball<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:23-mj-00088**<br>**Assigned To : Harvey, G. Michael**<br>**Assign. Date : 4/27/2023**<br>**Description: Complaint W/ Arrest Warrant** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)                                                   Daniel Ball                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (a) (1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
18 U.S.C. § 844 (h)- Using fire or explosive to commit any felony
18 U.S.C. § 231 (a)(3) - Civil Disorder.
18 U.S.C. § 2- Aiding and Abetting
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds,
18 U.S.C. § 1752(a)(4)- Engaging in physical violence in a Restricted Building or Grounds,
18 U.S.C. § 1752(b)(1)(A)Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Acts of physical violence in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate or Picket in act of the Capitol Grounds.
18 U.S.C. § 641- Stealing any thing of value of the United States

Date:        04/27/2023

Digitally signed by G. Michael Harvey
Date: 2023.04.27 11:03:20 -04'00'

_____
Issuing officer's signature

City and state:          Washington, D.C.                          G. Michael Harvey, U.S. Magistrate Judge
                                                                                              Printed name and title

---

### Return

This warrant was received on (date) 4/27/23 , and the person was arrested on (date) 5/2/23
at (city and state) Invrnss, FL .

Date:  5/2/23                                              _____
                                                                     Arresting officer's signature

                                                                     BARRY KAYS TFO
                                                                     Printed name and title